# Third District Court of Appeal

**State of Florida**

Opinion filed Dec. 28, 2016
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D15-460
Lower Tribunal No. 13-1049

————————————

## C. Eugene Sims, II,

Appellant/Cross-Appellee,

vs.

## Christine T. Sims,

Appellee/Cross-Appellant.

An appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Nancy A. Hass, P.A. and Nancy A. Hass (Hollywood), for appellant/crossappellee.

The Weinger Appellate Firm and Daniel S. Weinger (Plantation), for appellee/cross-appellant.

Before SUAREZ, C.J., and LAGOA and SCALES, JJ.

SUAREZ, C.J.

C. Eugene Sims seeks to reverse a Final Judgment of dissolution of marriage, and Christine T. Sims raises one issue on cross-appeal. We affirm

without discussion all issues raised on direct appeal and on cross-appeal. <u>Canakaris v.</u>

<u>Canakaris</u>, 382 So. 2d 1197 (Fla. 1980).

Affirmed.